B6A (Official Form 6A) (12/07)

In re **Yolene Francois**            Case No. **13-25930**
                                                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1041 NE 178th Terrace, North Miami Beach, FL 33162<br>Investment property | Ownership | - | $107,939.00 | $438,826.40 |
| 5929 NW 2nd Ave., Miami, FL 33129<br>Homestead | Ownership | J | $152,256.00 | $280,850.00 |
| | | Total: | $260,195.00 | |
| | | (Report also on Summary of Schedules) | | |

B6B (Official Form 6B) (12/07)

In re **Yolene Francois**         Case No. **13-25930**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sun Trust Checking Account<br>Yolene Francois<br>Account No.: XXXXXXXXX7686<br><br>Sun Trust Checking Account<br>Yolene Catering Service, Inc.<br>Account No.: XXXXXXXXX9898<br><br>Sun Trust Savings Account<br>Yolene Francois<br>Account No.: XXXXXXXXX1437 | -<br><br><br><br>-<br><br><br><br>- | $266.10<br><br><br><br>$68.98<br><br><br><br>$70.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 10 year old kitchen pots, 2 year old Dell PC, 3 year old HP Officejet printer, five 10 year old utility shelves, four 10 year olf stainless steel tables, 10 year old flat screen Zenith TV, 9 year old queen size matress, 10 year old sectional sofa, 10 year old broken stereo. | - | $545.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing, shoes and accessories. | - | $120.00 |
| 7. Furs and jewelry. | | Costume jewelry. | - | $45.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Yolene Francois**　　　　　　　　　　　　　　　　　　Case No. **13-25930**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Morgan Stanley Retirement Acount XXX-XXXXXX-301 | - | $995.32 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Yolene Catering Services, Inc. 2 Fryers (1 broken) $100 2 Stoves $200 1 hood $1,000 2 stainless tables $100 1 Accounts receivables $1,000 Pots and pans $200 | - | $2,600.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Yolene Francois**              Case No. **13-25930**
                                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Finanal judgment against Luciene Coma in the amount of $1,650 unable to collect on. | - | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Yolene Francois**  Case No. **13-25930**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Dodge Caravan<br>Vin 1D4GP25B111670<br>Approx 190,000 miles | - | $886.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Yolene Francois**  Case No. **13-25930**
(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Miscellaneous odds and ends. | - | $50.00 |

____4____ continuation sheets attached    **Total >**    $5,646.40
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Yolene Francois**                                              Case No.  **13-25930**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Sun Trust Checking Account Yolene Francois Account No.: XXXXXXXXX7686 | Fla. Const. art. X, § 4(a)(2) | $66.52 | $266.10 |
| | Fla. Stat. Ann. § 222.25(4) | $199.58 | |
| Sun Trust Checking Account Yolene Catering Service, Inc. Account No.: XXXXXXXXX9898 | Fla. Const. art. X, § 4(a)(2) | $68.98 | $68.98 |
| | Fla. Stat. Ann. § 222.25(4) | $0.00 | |
| Sun Trust Savings Account Yolene Francois Account No.: XXXXXXXXX1437 | Fla. Const. art. X, § 4(a)(2) | $70.00 | $70.00 |
| | Fla. Stat. Ann. § 222.25(4) | $0.00 | |
| 10 year old kitchen pots, 2 year old Dell PC, 3 year old HP Officejet printer, five 10 year old utility shelves, four 10 year olf stainless steel tables, 10 year old flat screen Zenith TV, 9 year old queen size matress, 10 year old sectional sofa, 10 year old broken stereo. | Fla. Const. art. X, § 4(a)(2) | $545.00 | $545.00 |
| | Fla. Stat. Ann. § 222.25(4) | $0.00 | |
| Clothing, shoes and accessories. | Fla. Const. art. X, § 4(a)(2) | $120.00 | $120.00 |
| | Fla. Stat. Ann. § 222.25(4) | $0.00 | |
| Costume jewelry. | Fla. Const. art. X, § 4(a)(2) | $45.00 | $45.00 |
| | Fla. Stat. Ann. § 222.25(4) | $0.00 | |
| Morgan Stanley Retirement Acount XXX-XXXXXX-301 | Fla. Stat. Ann. § 222.21(2) | $995.32 | $995.32 |
| | Fla. Stat. Ann. § 222.25(4) | $0.00 | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $2,110.40 | $2,110.40 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Yolene Francois**            Case No. **13-25930**
                                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Yolene Catering Services, Inc.<br><br>2 Fryers (1 broken) $100<br>2 Stoves $200<br>1 hood $1,000<br>2 stainless tables $100<br>1 Accounts receivables $1,000<br>Pots and pans $200 | Fla. Const. art. X, § 4(a)(2)<br><br>Fla. Stat. Ann. § 222.25(4) | $84.50<br><br>$2,515.50 | $2,600.00 |
| Finanal judgment against Luciene Coma in the amount of $1,650 unable to collect on. | Fla. Const. art. X, § 4(a)(2)<br><br>Fla. Stat. Ann. § 222.25(4) | $0.00<br><br>$0.00 | $0.00 |
| 2003 Dodge Caravan<br>Vin 1D4GP25B111670<br>Approx 190,000 miles | Fla. Stat. Ann. § 222.25(1)<br><br>Fla. Const. art. X, § 4(a)(2)<br><br>Fla. Stat. Ann. § 222.25(4) | $886.00<br><br>$0.00<br><br>$0.00 | $886.00 |
| Miscellaneous odds and ends. | Fla. Const. art. X, § 4(a)(2)<br><br>Fla. Stat. Ann. § 222.25(4) | $0.00<br><br>$50.00 | $50.00 |
| | | $5,646.40 | $5,646.40 |

B6E (Official Form 6E) (04/13)

In re **Yolene Francois**                                    Case No.  **13-25930**
                                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Yolene Francois**        Case No. **13-25930**
                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**TYPE OF PRIORITY**   Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Florida Department of Revenue<br>Miami North Service Center<br>8175 NW 12th St., Ste. 119<br>Miami, FL 33126-1828 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Taxes<br>REMARKS: | | | | $1,750.00 | $1,750.00 | $0.00 |
| ACCT #:<br>Miami-Dade County Property Appraiser<br>111 NW 1st Street, Suite 710<br>Miami, FL 33128 | | - | DATE INCURRED:<br>CONSIDERATION:<br>5929 NW 2nd Ave., Miami, FL 33127<br>REMARKS: | | | X | $6,839.38 | $6,839.38 | $0.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >    $8,589.38    $8,589.38    $0.00

Total >    $8,589.38
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >              $8,589.38    $0.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Yolene Francois**                                             Case No.  **13-25930**
                                                                              (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**12**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/28/2013**                                    Signature _/s/ Yolene Francois_
                                                                            **Yolene Francois**

Date _____    Signature _____

[If joint case, both spouses must sign.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.