UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X __5th_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:__Yolene Francois_____
CASE NO.:__13-25930__
Last Four Digits of SS# __4058____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36_____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $_279.01_____ for months __1__ to __7__;
    B.    $_1,455.34____ for months __8__ to __36__;

<u>Administrative</u>: Attorney's Fee - $_3,650.00 plus $4,650.00 ( 6 Motions to Value) TOTAL DUE $8,300.00 TOTAL PAID $1,010.00  Balance Due $_7,290.00 payable $__251.11____/month (Months _1_ to _29__), payable $__7.80 /month (Month _30).

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. –NONE-

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. | $107,939.00<br>Acct. No. XXXXXX1660<br>1st Mortgage on<br>1041 NE 178th Street, North Miami Beach, FL 33162 | %Contract Rate | $965.93 | 8 To 36 | 29 |
| Newport Beach Holdings, LLC | $0<br>Acct. No. XXXXXXXXXXXXX5313<br>2nd Mortgage on<br>1041 NE 178th Street, North Miami Beach, FL 33162 | %0 | $0 | 0 To 0 | 0 |
| Raquel Oev, Rivka Shapiro and Horowitz Financial Solutions, LLC | $0<br>Account No.:<br>3rd Mortgage on<br>1041 NE 178th Street, North Miami Beach, FL 33162 | %0 | $0 | 0 To 0 | 0 |
| Jeffrey A. Gidney | $0<br>2nd Mortgage on<br>5929 NW 2nd Ave., Miami, FL 33127 | %0 | $0 | 0 To 0 | 0 |

| Metal Masters Enterprises, Inc. | $0 Lien on 5929 NW 2nd Ave., Miami, FL33127 | %0 | $0 | 0 To 0 | 0 |
|---|---|---|---|---|---|
| Max and Gloria Pierre | $0 Unrecorded Mortgage on 5929 NW 2nd Ave., Miami, FL33127 | %0 | $0 | 0 To 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS   Pay $1,750.00 total

   Pay $ __0__ / month (Months _1_ to _7_),
   Pay $ __46.39__ /month (Months __8__ to __29__),
   Pay $ __168.04__ /month (Months _30_ ),
   Pay $ __171.94__ / month (Months _31_ to 33),
   Pay $ __45.56__ / month (Month _34_).

2. State of Florida Department of Revenue   Pay $1,790.25 total

   Pay $ __0__ /month (Months _1_ to _7_),
   Pay $ __46.39__ /month (Months _8_ to _29_ ),
   Pay $ __168.04__ /month (Month _30_),
   Pay $ __171.94__ /month (Month _31_ to 33),
   Pay $ __85.81__ /month (month _34_).

Unsecured Creditors:

   Pay $ __0__ / month (Months _1_ to _33_ ),
   Pay $ __212.51__ /month (Months _34_),
   Pay $ __343.88__ /month (Months _35_ to _36_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. Debtor is retaining homestead property located at 5929 NW 2nd Ave., Miami, FL33127. Debtors is current on her first mortgage payment to Bayview Loan Servicing, LLC, Account No.: XXXXX4299. A motion to value will be filed to strip the second mortgage of Jeffrey A. Gidney, recorded at OR Book 26059 Pages 2062-2066 in the official records of Miami-Dade County, Florida. A motion to value will be filed to strip the lien of Metal Masters Enterprises, Inc, recorded at OR Book 26666 Page 2184 in the official records of Miami-Dade County, Florida. A motion to value will be filed to strip the unrecorded mortgage of Max and Gloria Pierre.

2. Debtor is retaining real property located at 1041 NE 178th Street, North Miami Beach, FL 33162. A motion to value will be filed to cram down the first mortgage of Wells Fargo Bank, N.A. XXXXXX1660. Debtor made her contractual mortgage payments of $965.93 to Wells Fargo Bank, N.A. directly in months 1-7. A motion to Value will be filed to strip the second mortgage of Newport Beach Holdings, LLC, original Account No.: XXXXXXXXXXXX5313. A motion to Value will be filed to strip the third mortgage of Raquel Oev, Rivka Shapiro and Horowitz Financial Solutions, LLC, recorded at OR Book 25692 Page 3863 - 3873 in the official records of Miami-Dade County, Florida.

3. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

4. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*Yolene Francois*
Yolene Francois
Date: 2/20/14

3