

**ORDERED in the Southern District of Florida on October 30, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
*www.flsb.uscourts.gov*

IN RE:
YOLENE FRANCOIS                                   CASE NO.: 13-25930-RAM
                                                  CHAPTER: 13


    DEBTOR(S).
_____/

**AGREED ORDER GRANTING CREDITOR'S MOTION TO VACATE CORRECTED AMENDED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY WELLS FARGO BANK, N.A AND FEDERAL NATIONAL MORTGAGE [DE#278]**

**THIS CAUSE** is scheduled to come before the Court for on *September 18, 2018 at 9:00 AM* on the *Motion to Vacate Corrected Amended Order Granting motion to Value and Determine Secured Status of Lien on Real Property Held by Wells Fargo Bank, N.A. and Federal National Mortgage* (the "Motion to Vacate") filed by Wells Fargo Bank, N.A. ("Creditor") on August 31, 2018 [DE#278]. Upon agreement of the parties involved, it is

**ORDERED:**

1. That the Creditor's Motion to Vacate is **GRANTED**; as articulated in this order.

2. That the Corrected Motion to Value Order [DE #268] is hereby VACATED; and, based upon the agreement of the Debtor and Creditor, the underlying Claim held by the Creditor

in relation to real property **1041 NE 178th Street, North Miami Beach, FL 33162** shall be paid in accordance to the terms articulated in this Order.

3. That the Debtor is due for November 1, 2018.

4. That as of October 12, 2018; the Unpaid Paid Principal balance is **$130,491.25**.

5. That the contractual fixed interest rate is **6.7%.**

6. That the principal and interest payment shall be **$965.93,** and such an amount shall remain the same for the life of the loan.

7. That the loan shall remain escrowed for taxes only.

8. That Debtor shall obtain and maintain insurance, independently and shall provide Creditor proof of the same within thirty (30) days of Creditor's request.

9. That as of October 12, 2018; the current escrow balance in relation to the claim is **$3,154.19**.

10. That as of October 12, 2018; the current principal, interest, and tax payment is **$1,313.48**.

11. That pursuant to the original terms of the Claim, the loan matures in August of 2040 (the "Maturity Date").

12. That, as a result of the Motion to Value and adjusted terms of the Claim, the loan will be paid in full *prior* to the Maturity Date.

13. That upon entry of this Order the Debtor, the Clerk may re-close this bankruptcy case.

14. That the Debtor shall make all payments directly to the Creditor at the below address:

Wells Fargo Home Mortgage
PO Box 105632
Atlanta, GA 30348

*###*

**Submitted by:**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

*Attorney, Jeffrey S. Fraser, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of the order.*